■ In the Matter of 49 EAST 21 LLC, Respondent, v C.H. SCHMITT & Co., INC., et al., Respondents, and DANICA PLUMBING & HEATING, Appellant. [847 NYS2d 462]—

Order, Supreme Court, New York County (Robert D. Lippmann, J.), entered October 5, 2006, which, to the extent appealed from, granted petitioner's motion to vacate respondent Danica's notice under mechanic's lien law, unanimously affirmed, without costs.

The lien named the subject property as a whole without identifying the individual condominium units (*see* Lien Law § 9 [7]), and purported to place liens on the building's common ar-

eas without the consent of all individual condo unit purchasers (*see* Real Property Law § 339-*l* [1]), thus warranting its vacatur (Lien Law § 19 [6]; *see Northeast Restoration Corp. v K & J Constr. Co.*, 304 AD2d 306 [2003]). Concur—Lippman, P.J., Mazzarelli, Saxe, Williams and Buckley, JJ. [*See* 2006 NY Slip Op 30034(U).]